JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENITY JONES, | Case No.: 2:17-cv-04367-BRO-RAO |
| Plaintiff, | |
| v. | **ORDER RE JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE** |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); AMTRAK; AND DOES 1 to 40, | |
| Defendants. | Complaint Filed: February 2, 2017<br>Trial Date: None |

The Court, having reviewed and approved the Joint Motion for Stipulated Dismissal with Prejudice by and between Plaintiff SERENITY JONES and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, orders as follows:

///
///
///
///
///

1 | **IT IS ORDERED THAT** the Joint Motion for Stipulated Dismissal with
2 | Prejudice between Plaintiff SERENITY JONES and Defendant NATIONAL
3 | RAILROAD PASSENGER CORPORATION, service mark AMTRAK, is approved
4 | and this entire action and all parties are dismissed with prejudice. Both Plaintiff and
5 | Defendant will bear their own costs, expenses, and attorneys' fees.
6 | **IT IS SO ORDERED.**
7 | DATED: September 8, 2017   By: _____
8 | Honorable Beverly Reid O'Connell
United States District Court Judge